1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: donna.wittig@akerman.com

7  *Attorneys for Plaintiff*
   *U.S. Bank National Association, as Trustee for*
8  *GSAA Home Equity Trust 2006-3*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-3,<br><br>Plaintiff,<br><br>v.<br><br>BLACKHAWK HOMEOWNERS ASSOCIATION; 6329 ROLLING ROSE TRUST; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-2570-JCM-CWH<br><br>**STIPULATION AND ORDER EXPUNGING LIS PENDENS AND DISMISSING ALL CLAIMS WITH PREJUDICE** |

Plaintiff U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-3 (**plaintiff**) and defendant 6329 Rolling Rose Trust (**6329 Rolling Rose**) (collectively, the **parties**), through their respective counsel, hereby stipulate to dismiss this action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The parties further stipulate and agree that the lis pendens recorded by plaintiff in the Official Records of the Clark County Recorder on July 23, 2015 as Instrument Number 20150723-0003450 (the "lis pendens") is hereby cancelled, expunged, released and withdrawn.

/ / /

/ / /

44876537;1

The parties further stipulate and agree that within three days of the execution of this stipulation, plaintiff shall record this stipulation and order as well as any additional documents necessary to expunge, cancel, withdraw and release the notice of lis pendens.

The parties further stipulate and agree that each party shall bear its own attorneys' fees and costs.

DATED April 10, 2018.

| **AKERMAN LLP** | **AYON LAW, PLLC** |
|---|---|
| */s/ Donna M. Wittig*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-3* | */s/ Luis A. Ayon*<br>LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>8716 Spanish Ridge Avenue, Suite 115<br>Las Vegas, Nevada 89148<br><br>*Attorneys for Defendant 6329 Rolling Rose Trust* |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# **ORDER**

Based on the above stipulation between plaintiff U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-3 and defendant 6329 Rolling Rose Trust, the parties' agreement, and good cause appearing therefore,

**IT IS ORDERED** that this order constitutes the final judgment of this Court, resolving all claims in this case with prejudice, each party to bear its own fees and costs.

**IT IS FURTHER ORDERED** that the lis pendens recorded in the Official Records of the Clark County Recorder on July 23, 2015 as Instrument Number 20150723-0003450 is hereby cancelled, expunged, released and withdrawn.

**IT IS FURTHER ORDERED** that plaintiff shall record this stipulation and order as well as any additional documents necessary to withdraw, cancel, expunge and release the notice of lis pendens recorded against the property in the Clark County Recorder's Office on July 23, 2015 as Instrument Number 20150723-0003450 within three days of the execution of this Order.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 17, 2018

3

44876537;1